ACCEPTED
03-15-00699-CR
8264888
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 1:44:19 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 1:44:19 PM
JEFFREY D. KYLE
Clerk

**ASHLEY ROXANNE HENDERSON,**
      **Appellant**

**CAUSE NO. 03-15-00699-CR**
**TRIAL COURT NO. 9287**

V.

**THE STATE OF TEXAS,**
      **Appellee**

## MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUSTICES OF SAID**

**COURT:**

Now comes Ashley Roxanne Henderson, appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and to dismiss this appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure because she no longer wishes to pursue her appeal.

Copeland Law Office
P.O. Box 399
Cedar Park, TX 78613
512.215.8114
By: /s/Tim Copeland
Tim Copeland
State Bar No. 04801500
Attorney for Appellant

Approved

Roxanne Henderson

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of December, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lampasas County, Texas, by facsimile transmission in accordance with the applicable rules of appellate and criminal procedure.

*/s/* TimCopeland
Tim Copeland